255 So.2d 604

**In re Michael Gary RENNOW, alias**

**v.**

**STATE.**

**Ex parte Michael Gary Rennow.**

**7 Div. 911A.**

Supreme Court of Alabama.

Dec. 2, 1971.

J. Louis Wilkinson, Parker, Wilkinson & Gwin, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., for the State, opposed.

BLOODWORTH, Justice.

Petition of Michael Gary Rennow for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Rennow alias v. State, 47 Ala.App. ——, 255 So.2d 602.

Writ denied.

HEFLIN, C. J., and LAWSON, COLEMAN and McCALL, JJ., concur.

255 So.2d 338

**In re Morris SCHIFFMAN**

**v.**

**H. L. RABURN & CO., a Partnership.**

**Ex parte Morris Schiffman.**

**6 Div. 925.**

Supreme Court of Alabama.

Dec. 2, 1971.

William Mills, Rogers, Howard, Redden & Mills, Birmingham, for petitioner.

E. M. Zeidman, Birmingham, opposed.

COLEMAN, Justice.

Petition of Morris Schiffman for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Schiffman v. H. L. Raburn & Co., a Partnership, 47 Ala.App. ——, 255 So.2d 332.

Writ denied.

HEFLIN, C. J., and LAWSON, BLOODWORTH and McCALL, JJ., concur.